UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-25116

DANIELA NAVARRO,

    Plaintiff,

vs.

MOO! MEAT ART CORP,
OSMANY ESTOPINAN VAZQUEZ,
ADRIANA AMELIA GOROSITO
DELLA VEDOVA, and
PABLO FERNANDEZ,

    Defendants.
_____/

## SUMMONS IN A CIVIL ACTION

TO:    PABLO FERNANDEZ
        12735-12737 SW 42nd Street
        Miami, FL 33175

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) ─ or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ─ you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Brian H. Pollock, Esq.
        FairLaw Firm
        135 San Lorenzo Avenue
        Suite 770
        Coral Gables, FL 33146
        Tel:    (305) 230-4884
        brian@fairlawattorney.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:_____                            *CLERK OF COURT*

                                                        _____
                                                        Signature of Clerk or Deputy Clerk

Civil Action No.:

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____ was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____ _____, _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ _____, a person of suitable age and discretion who resides there, _____ on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ designated by law to accept service of process on behalf of *(name of organization)* _____ _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*
                                                                                                                                           .

My fees are $_____ for travel and $_____ for services, for a total of $_____

I declare under penalty of perjury that this information is true.

Date:_____                    _____
                                                              *Server's Signature*

                                                          _____
                                                              *Printed Name and Title*

                                                          _____
                                                              *Server's address*

Additional information regarding attempted service, etc: