UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-25116-RUIZ/LOUIS

DANIELA NAVARRO LANTIGUA,

    Plaintiff,

vs.

MOO! MEAT ART CORP,
OSMANY ESTOPINAN VAZQUEZ,
ADRIANA AMELIA GOROSITO
DELLA VEDOVA, and
PABLO FERNANDEZ,

    Defendants.
_____/

## NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF

Patrick Brooks LaRou, Esq. of FairLaw Firm notifies the Court and all parties of his appearance in this action as counsel for Plaintiff, Daniela Navarro Lantigua, and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address / email address.

Respectfully submitted this 2nd day of January 2025.

                                          s/ Patrick Brooks LaRou
                                          Brian H. Pollock, Esq. (174742)
                                          brian@fairlawattorney.com
                                          Patrick Brooks LaRou, Esq. (1039018)
                                          brooks@fairlawattorney.com
                                          FAIRLAW FIRM
                                          135 San Lorenzo Avenue, Suite 770
                                          Coral Gables, Florida 33146
                                          Telephone: (305) 230-4884
                                          *Counsel for Plaintiff*