UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-25116-RUIZ/LOUIS

DANIELA NAVARRO LANTIGUA,

    Plaintiff,

vs.

MOO! MEAT ART CORP,
OSMANY ESTOPINAN
VAZQUEZ, ADRIANA AMELIA
GOROSITO DELLA VEDOVA,
AND PABLO FERNANDEZ,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE
ON DEFENDANT, MOO! MEAT ART CORP.**

    Plaintiff, Daniela Navarro Lantigua files the Return of Service on Defendant, Moo! Meat Art Corp., (served on January 6, 2025).

    Dated this 17th day of January 2025.

                                                        s/Brian H. Pollock, Esq.
                                                        Brian H. Pollock, Esq.
                                                        Fla. Bar No. 174742
                                                        brian@fairlawattorney.com
                                                        FAIRLAW FIRM
                                                        135 San Lorenzo Avenue
                                                        Suite 770
                                                        Coral Gables, FL 33146
                                                        Tel:   305.230.4884
                                                        *Counsel for Plaintiff*