# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:24-CV-25116

Plaintiff:
**DANIELA NAVARRO**

vs.

Defendant:
**MOO! MEAT ART CORP,
OSMANY ESTOPINAN VAZQUEZ,
ADRIANA AMELIA GOROSITO
DELLA VEDOVA, and
PABLO FERNANDEZ**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 30th day of December, 2024 at 4:33 am to be served on **MOO! MEAT ART CORP c/o PREFERRED ACCOUNTING SERVICES, INC, its Registered Agent, 7440 SW 40 Terrace, Unit106, Miami, FL 33155**.

I, Stefany Camejo, do hereby affirm that on the **6th day of January, 2025** at **12:55 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Martha Mungia, Admin, as Employee Authorized To Accept Service,** for MOO! MEAT ART CORP c/o PREFERRED ACCOUNTING SERVICES, INC, its Registered Agent, at the address of: **7440 SW 40 Terrace, Unit106, Miami, FL 33155**, and informed said person of the contents therein, in compliance with Florida statute 48.081.

**Description** of Person Served: Age: 63, Sex: F, Race/Skin Color: Hispanic, Height: 5'4", Weight: 155, Hair: Blonde, Glasses: N

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true.  I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

Stefany Camejo
Certified Process Server #2509

**Miami PSPI, LLC
1800 Coral Way, Suite 1511
Miami, FL 33145
(305) 285-4321**

Our Job Serial Number: NAY-2024001758

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a