UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-25116-RUIZ/LOUIS

DANIELA NAVARRO LANTIGUA,

    Plaintiff,

vs.

MOO! MEAT ART CORP,
OSMANY ESTOPINAN VAZQUEZ,
ADRIANA AMELIA GOROSITO
DELLA VEDOVA, AND PABLO
FERNANDEZ,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF STRIKING ECF NO. 28

Plaintiff, Daniela Navarro Lantigua, notices the Court and all parties of the striking of ECF No. 5 as containing a scrivener's error.

Dated this 17th day of January 2025.

                        s/Brian H. Pollock, Esq.
                        Brian H. Pollock, Esq. (174742)
                        brian@fairlawattorney.com
                        FAIRLAW FIRM
                        135 San Lorenzo Avenue
                        Suite 770
                        Coral Gables, FL 33146
                        Tel: (305) 230-4884
                        *Co-Counsel for Defendants*