UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-25116-RAR

**DANIELA NAVARRO LANTIGUA**,

    Plaintiff,

v.

**MOO! MEAT ART CORP.**, *et al.*,

    Defendants.

_____/

## ORDER TO PERFECT SERVICE

**THIS CAUSE** comes before the Court *sua sponte*. This case was filed on December 30, 2024, [ECF No. 1], and on December 30, 2024, a summons was issued as to Defendants Moo! Meat Art Corp., Osmany Estopinan Vazquez, Adriana Amelia Gorosito Della Vedova, and Pablo Fernandez ("Defendants"), [ECF No. 3]. To date, there is no indication in the court file that the Defendants have been served with the summons or the Complaint. Rule 4(m) of the Federal Rules of Civil Procedure requires service of the summons and complaint to be perfected upon a defendant within 90 days after the filing of the complaint. It is therefore

**ORDERED AND ADJUDGED** that on or before **March 30, 2025**, Plaintiff shall perfect service upon Defendant or show good cause as to why this action should not be dismissed for failure to perfect service of process. Failure to file proof of service or show good cause by **March 30, 2025**, will result in a dismissal of this action without further notice.

**DONE AND ORDERED** in Miami, Florida, this 4th day of February, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**