UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-25116-RUIZ/LOUIS

DANIELA NAVARRO LANTIGUA,

    Plaintiff,

vs.

MOO! MEAT ART CORP,
OSMANY ESTOPINAN VAZQUEZ, ADRIANA
AMELIA GOROSITO DELLA VEDOVA, AND
PABLO FERNANDEZ,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF RULE 41 VOLUNTARY DISMISSAL WITH PREJUDICE

    Plaintiff, Daniela Navarro Lantigua, hereby notices the voluntary dismissal of this action **with prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). The Rules of Civil Procedure apply, "in actions brought under the Fair Labor Standards Act no less than in any other case." *Vasconcelo v. Miami Auto Max, Inc.*, 981 F.3d 934, 942 (11th Cir. 2020). *See also Anago Franchising, Inc. v. Shaz*, LLC, 677 F.3d 1272, 1278 (11th Cir. 2012) ("a stipulation filed pursuant to that subsection is self-executing and dismisses the case upon its becoming effective…. District courts need not and may not take action after the stipulation becomes effective because the stipulation dismisses the case and divests the district court of jurisdiction.")

    Respectfully submitted on this 14 day of February 2025.

                                  Brian H. Pollock, Esq.
                                  Brian H. Pollock, Esq. (174742)
                                  brian@fairlawattorney.com
                                  FAIRLAW FIRM
                                  135 San Lorenzo Ave., Ste. 770
                                  Coral Gables, FL 33146
                                  Tel:    305.230.4884
                                  *Counsel for Plaintiff*