UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-25116-RAR

**DANIELA NAVARRO LANTIGUA**,

    Plaintiff,

v.

**MOO! MEAT ART CORP.**, *et al.*,

    Defendants.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Rule 41 Voluntary Dismissal With Prejudice, [ECF No. 8], filed on February 14, 2025. The Court having reviewed the Notice and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED** *with prejudice*. All pending deadlines are hereby **TERMINATED**. The Clerk is directed to **CLOSE** this case, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 18th day of February, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**